# Third District Court of Appeal

## State of Florida

Opinion filed August 25, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1680
Lower Tribunal No. 19-9445

————————

**All Insurance Restoration Services, Inc. a/a/o Consuelo Henriquez,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Law Offices of Christopher F. Zacarias, P.A. and Christopher F. Zacarias, and Heidy L. Gonzalez; Giasi Law, P.A., and Melissa A. Giasi, and Erin M. Berger (Tampa), for appellant.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellee.

Before EMAS, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See People's Tr. Ins. Co. v. Marzouka, 46 Fla. L. Weekly D1155 (Fla. 3d DCA May 19, 2021); Citizens Prop. Ins. Corp. v. Mango Hill Condo. Ass'n 12 Inc., 54 So. 3d 578 (Fla. 3d DCA 2011); Barbato v. State Farm Fla. Ins. Co., 319 So. 3d 96 (Fla. 3d DCA 2021).